**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL HOWARD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:25-cv-01189 |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | |
| FAYETTE COUNTY JAIL, et al., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

On August 5, 2025, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Local Rule of Civil Procedure 72.

On July 14, 2026, Judge Kelly issued a Report ("R&R," Doc. 7) recommending that Plaintiff's case be dismissed without prejudice, pre-service, *sua sponte*, for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Service of the R&R was made on Plaintiff at his address of record, and no objections were filed.

After review of the pleadings and documents in this case, together with the Report and Recommendation, it hereby is ORDERED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE. The Report and Recommendation by Magistrate Judge Kelly dated July 14, 2026, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

October 5, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via first class U.S. mail):
Michael Howard, Sr.
Fayette County Jail
254 McClellandtown Rd
Uniontown, PA 15401